ABRAHAM W. LADD, Appellant, *v.* THE TITLE GUARANTEE AND TRUST COMPANY, Respondent.

*Ladd* v. *Title Guarantee & Trust Co.,* 113 App. Div. 902, affirmed.
(Argued April 24, 1907; decided May 10, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 17, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to recover on a contract of guar-

anty for a loss occasioned through defendant's alleged negligence in making a search for incumbrances on a piece of real property accepted as security for a loan.

*Frank Barker* for appellant.

*Edward E. Sprague* and *Harold Swain* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.